# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

EVERETT L. WATSON and
PATRICIA L. WATSON,

Plaintiffs,

CASE NUMBER: 1:15-cv-1151-JDB-egb

v.

MERCER TRANSPORTATION
COMPANY, INC. and MICHAEL
DAVID BADER,

Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered in the above-styled matter on 1/6/2016, this case is hereby dismissed with prejudice. Each party is to bear their own costs.

**APPROVED:**

s/J. Daniel Breen
**Chief United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**